# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JENIFER LYNE KNIGHTON, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action 4:18-cv-00792-P |
| UNIVERSITY OF TEXAS AT ARLINGTON, et al., | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 103. Fourteen days later, Plaintiff Jenifer Lyne Knighton filed Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. ECF No. 108. Knighton's objections merely restate arguments presented to the Magistrate Judge and make unsupported factual assertions. Having considered these arguments and objections, the Court finds that they are frivolous and need not be considered in any further detail. *See Nettles v. Wainwright*, 677 F.2d 404, 410 n. 8 (5th Cir. Unit B 1982) (en banc) ("Frivolous, conclusive or general objections need not be considered by the district court."). Therefore, Knighton's objections are **OVERRULED.**

The District Judge also reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes

that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' motion for summary judgment (ECF No. 88) is **GRANTED.** Accordingly, Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED** on this **8th day** of **June, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE